UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRIBECA HUMMUS, INC. D/B/A NISH NUSH,

        Plaintiff,

- against -

AMGUARD INSURANCE COMPANY,

        Defendant.

---

24-cv-7035 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

Pursuant to 28 U.S.C. § 1447, the time for the plaintiff to move to remand the case on the basis of any defect other than lack of subject matter jurisdiction was **October 17, 2024**. To date, no motions to remand have been filed.

The parties are directed to submit a Rule 26(f) report by **November 11, 2024**.

SO ORDERED.

Dated:    New York, New York
           October 21, 2024

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                                **United States District Judge**