```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRIBECA HUMMUS, INC.,

                Plaintiff,

-v-

NORGUARD INSURANCE COMPANY,

                Defendant.

**ORDER**

24-CV-7035 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On May 8, 2025, the parties submitted a joint status report seeking an extension of discovery deadlines. Dkt. No. 26. The requested extension is granted and the new discovery deadlines are as follows:

- All fact depositions shall be completed by **June 30, 2025**;
- Fact discovery shall be completed by **July 31, 2025**;
- Expert disclosures shall be made by **September 30, 2025**;
- Rebuttal expert disclosures shall be made by **October 29, 2025**;
- Discovery shall be completed by **November 30, 2025**.

In addition, parties are directed to submit another joint status letter by **June 9, 2025**. The status conference scheduled for May 14 is adjourned *sine die*.

**SO ORDERED.**

Dated: May 9, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1