YORAM NACHIMOVSKY PLLC
225 Broadway, Suite 2018
New York, NY 10007
(212) 267-1157
ynlaw@ynlawpllc.com

September 02, 2025

**FILED AND SERVICED VIA CM/ECF**
Hon. Henry J. Ricardo
U.S. District Court – Southern District
500 Pearl St,
New York, NY 10007
**************************

      RE:    1:24-cv-07035-HJR – Tribeca Hummus, Inc. v. NorGuard Insurance Company

Dear Magistrate Judge Ricardo:

      We submit this joint status letter on behalf of both Plaintiff and Defendants (collectively, the "Parties"), and apologize for the delay. The Parties have completed the exchange of paper discovery. Plaintiff and defendant's underwriter have been deposed. Five non-parties subpoenas have been served and responded to and three non-party depositions have been taken. Plaintiff also seeks the deposition of defendant's claim professional, yet did not submit a deposition notice prior to the August close of fact depositions. Notwithstanding, defendant is willing to produce the adjuster on a mutually convenient date and time.

      Although the Parties have been moving forward diligently, we jointly request a further modification of the existing discovery schedule. We propose the following:

      <u>Deposition and Additional Fact Discovery</u>: All fact depositions shall be completed no later than October 30, 2025. All remaining fact discovery shall be completed no later than November 30, 2025.

      <u>Expert Discovery</u>: Mutual disclosure of expert evidence, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), shall be made no later than December 30, 2025. Depositions of experts shall be completed no later than January 30, 2026.

      <u>Close of Discovery</u>: All discovery shall be completed no later than March 1, 2026.

Respectfully submitted,

/s/ Yoram Nachimovsky, Esq //
YORAM NACHIMOVSKY, PLLC
225 Broadway, Suite 2018
New York, NY 10007
ynlaw@ynlawpllc.com
(212) 267-1157

/s/ Yale Glazer, Esq. //
Lazare Potter Giacovas & Moyle LLP
Yale Glazer, Esq.
747 3rd Avenue, 16th Floor
New York, NY 10017
(212) 784-3291