```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/3/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRIBECA HUMMUS, INC.,

        Plaintiff,

-v-

NORGUARD INSURANCE COMPANY,

        Defendant.

**ORDER**

24-CV-7035 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    On September 2, 2025, the parties submitted a joint status report seeking an extension of discovery deadlines. ECF No. 33. The requested extension is granted and the new discovery deadlines are as follows:

- All fact depositions shall be completed by **October 30, 2025**;
- Fact discovery shall be completed by **November 30, 2025**;
- Expert disclosures shall be made by **December 30, 2025**;
- Depositions of experts shall be completed by **January 30, 2026**;
- Discovery shall be completed by **March 1, 2026**.

    In addition, parties are directed to submit another joint status letter by **November 3, 2025**.

**SO ORDERED.**

Dated: September 3, 2025
       New York, New York

                                          _____
                                          Henry J. Ricardo
                                          United States Magistrate Judge